**SIGNED.**

# TIFFANY & BOSCO
### P.A.

**Dated: September 03, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-12702/6003235984

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-07440-SSC |
| Tobin Gary Rudd and Irene Bingham Rudd<br>             Debtors.<br>_____ | Chapter 7 |
| US Bank, NA<br>                  Movant,<br>          vs. | O R D E R<br><br>(Related to Docket # 18) |
| Tobin Gary Rudd and Irene Bingham Rudd,<br>Debtors; Maureen Gaughan, Trustee.<br><br>                  Respondents.<br>_____ | |

        This matter having come before the Court for a Preliminary Hearing on August 27, 2009, Movant

appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors appearing by and through their

counsel, pro se, and good cause appearing,

        **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays

imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated November 15, 2007, and recorded on November

20, 2007, in the office of the Maricopa County Recorder at 2007-1239919 wherein US Bank, NA is the current beneficiary and Tobin Gary Rudd and Irene Bingham Rudd have an interest in, further described as:

Lot 7, STONEBRIDGE ESTATES, according to Book 271 of Maps, Page 28, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2008.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT